IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIE ALBERT SMITH,

    Plaintiff,

v.                                      CASE NO. 1:15-cv-00068-MP-GRJ

DOORMAN, FYTE, PEARSON,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 29, 2015. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 5 and a motion to proceed in forma pauperis at Doc. 6. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. The Court agrees that plaintiff's medical conditions do not rise to the level of the "imminent threat of serious physical injury" necessary to avoid the three-strikes bar of 28 U.S.C. § 1915(g).

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is dismissed without prejudice and the motion to proceed in forma

pauperis, Doc. 6, is denied.

**DONE AND ORDERED** this   *20th* day of May, 2015

                               *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge